# UNITED STATES DISTRICT COURT
for the
**EASTERN DISTRICT OF WISCONSIN**



CLERK'S OFFICE
A TRUE COPY
Jun 21, 2023
s/ Erin Hayes
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

ALL FUNDS ON DEPOSIT IN IDAHO CENTRAL CREDIT UNION ACCOUNT NUMBER ENDING IN 1179 HELD IN THE NAME OF AMG INVESTMENTS

Case Number: **23-m-401(SCD)**

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

**TO:** **BRYAN AYERS, a Special Agent with the Drug Enforcement Administration, and any Authorized Officer of the United States**.

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds on deposit in Idaho Central Credit Union account number ending in 1179 held in the name of AMG Investments

I find that the affidavit and any recorded testimony establish probable cause to seize the property.

**YOU ARE HEREBY COMMANDED** to search on or before __7-5-23__, 2023
*(not to exceed 14 days)*

☐ in the daytime – 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge Stephen C. Dries.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. §2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person, who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days. *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____

Date and time issued __6-21-23__, 2023; __2:00__ p.m.      _/s/ Stephen C. Dries_
                                                              *Judge's signature*

City and state: __Milwaukee, Wisconsin__      THE HONORABLE STEPHEN C. DRIES
                                               United States Magistrate Judge
                                               *Name & Title of Judicial Officer*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of:

Inventory of the property taken:

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

*Executing officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN



In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

ALL FUNDS ON DEPOSIT IN IDAHO CENTRAL
CREDIT UNION ACCOUNT NUMBER ENDING
IN 1179 HELD IN THE NAME OF AMG INVESTMENTS

Case Number: 23-m-401(SCD)

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, Bryan Ayers, being duly sworn depose and say:

I am a Special Agent with the Drug Enforcement Administration and have reason to believe that in the District of Idaho there is now certain property, namely, all funds on deposit in Idaho Central Credit Union account number ending in 1179 held in the name of AMG Investments, that is criminally and civilly forfeitable under 21 U.S.C. §§ 853(a) and 881(a)(6), respectively, as property that constitutes or is derived from proceeds of a conspiracy to manufacture, distribute, export or import a chemical, product, or material which may be used to manufacture a controlled substance or listed chemical, in violation of 21 U.S.C. §§ 843(a)(7) and 846, and which property is therefore also subject to seizure for purposes of civil forfeiture under 18 U.S.C. § 981(b) and 21 U.S.C. § 881(b) and for purposes of criminal forfeiture under 21 U.S.C. § 853(f).

The application is based on these facts:

✓ Continued on the attached sheet.
❏ Delayed notice of ____ days (give exact ending date if more than 30 days:_____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**BRYAN AYERS** Digitally signed by BRYAN AYERS
Date: 2023.06.21 11:22:59 -05'00'

Signature of Affiant
Bryan Ayers, DEA

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

6-21-23. 2:00 pm
Date and time issued

at Milwaukee, Wisconsin
City and State

Stephen C. Dries, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEIZURE WARRANT**

I, Bryan Ayers, being first duly sworn, hereby depose and state as follows:

**FUNDS TO BE SEIZED**

1. I submit this affidavit in support of an application for a warrant to seize all funds on deposit in:

   a) **Idaho Central Credit Union account ending in #5983, held in the name of Fire Seeds with signature authority belonging to Antony GRAZIANO (DOB: XX/XX/1992);**

   b) **Idaho Central Credit Union account ending in #1179, held in the name of AMG Investments with signature authority belonging to Antony GRAZIANO, and;**

   c) **Idaho Central Credit Union account ending in #8134, held in the name of Quality Ingredients with signature authority belonging to Antony GRAZIANO ("Idaho Central Credit Union Subject Accounts").**

2. For the reasons set forth below, I submit that probable cause exists to believe that all funds on deposit **in Idaho Central Credit Union Subject Accounts, which was approximately $152,000.00 on June 16, 2023,** are:

   - Proceeds of a conspiracy to manufacture, distribute, export or import a chemical, product, or material which may be used to manufacture a controlled substance or listed chemical, in violation of Title 21, United States Code, Sections 843(a)(7) and 846;

   - Subject to civil forfeiture under Title 21, United States Code, Section 881(a)(6) and subject to criminal forfeiture under Title 21, United States Code, Section 853(a) and

   - Subject to seizure via a civil seizure warrant under Title 18, United States Code, Section 981(b) and Title 21, United States Code, Section 881(b), and via a criminal seizure warrant under Title 21, United States Code, Section 853(f).

## BACKGROUND AND EXPERIENCE

3. I am a Special Agent assigned to the Milwaukee District Office of the Drug Enforcement Administration (DEA). I have worked full-time as a Special Agent for the approximately 3 years. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

4. During my tenure as a law enforcement officer, I have been involved in the investigation of narcotics traffickers operating not only in the County of Milwaukee and the State of Wisconsin, but also throughout the United States. I have received training in the investigation of drug trafficking and computer-related crimes. I have worked with informants in the investigations of drug trafficking both intranationally and internationally. I have participated in the application for and execution of numerous search warrants. I have participated directly in numerous narcotics investigations and arrests, in which controlled substances and drug paraphernalia were seized.

5. Based on my training and experience, I know and have observed the following:

    a. I have learned about the manner in which individuals and organizations distribute controlled substances in Wisconsin, throughout the United States.

    b. I am familiar with the language utilized over the telephone and other electronic communications to discuss drug trafficking and know that the language is often limited, guarded, and coded. I also know the various code names used to describe controlled substances. I know drug dealers often put telephones in the names of others, also known as nominees, to distance themselves from telephones that they use to facilitate drug distribution.

    c. I know drug traffickers must maintain on-hand large amounts of currency, including in readily accessible financial accounts, to maintain and finance their ongoing drug business. I know that those involved in drug trafficking or money laundering almost always keep records of their transactions. Because drug trafficking generates large sums of cash, it requires the keeping of detailed records as to the distribution of narcotics and the laundering of proceeds. Drug traffickers and money launderers typically keep documents demonstrating the purchase of assets, bank records, and other evidence of the accumulation of wealth through their illegal activities, as well as the methods used to launder the proceeds. Such records also typically provide evidence as to the identity of additional criminal associates who are facilitating the laundering of the narcotics proceeds on behalf of the

2

Case 2:23-mj-00401-SCD    Filed 06/21/23    Page 5 of 20    Document 1

organization. These records, unlike controlled substances, are often maintained for long periods of time, even several years, based on my training and experience. Such records are often maintained under the dominion and control of the drug traffickers and money launderers, and as such, are often kept in their residences, businesses, or storage facilities. I know it is common for drug traffickers to secrete contraband, drug proceeds, and records related to drug trafficking in secure locations within their residences, their businesses, or other locations over which they maintain dominion and control, to provide ready access while concealing these items from law enforcement authorities.

d. I know that drug traffickers who amass the proceeds of their enterprise quite often secure their money within secure locations within their dominion and control, often in their residences, businesses, and storage facilities, and often in safes or other secure containers. I know that when drug traffickers amass large proceeds from the sale of drugs, they attempt to protect and conceal these profits through money laundering activities. To accomplish these goals, drug traffickers utilize the following methods, including but not limited to domestic and international banks, securities brokers, service professionals such as attorneys and accountants, casinos, real estate, shell corporations, business fronts, and otherwise legitimate businesses which generate large quantities of currency. I know it is common for drug traffickers to obtain, secrete, transfer, conceal, or spend drug proceeds, such as currency, financial instruments, precious metals and gemstones, jewelry, books, real estate, and vehicles, and to maintain documents and records of this in the form of bank records, passbooks, money drafts, transaction records, letters of credit, money orders, bank drafts, titles and other ownership documents, cashier's checks, bank checks, safe deposit box keys, money wrappers, and other documents relating to the purchase of financial instruments, the transfer of funds, transportation, sourcing, ordering, sale, and distribution of controlled substances. I know drug traffickers often purchase or title assets in fictitious names, aliases, or the names of relatives, associates, or business entities to avoid detection of these assets by government agencies. I know that even though these assets are titled or purchases by nominees, the drug traffickers actually own, continue to use, and exercise dominion and control over these assets. The aforementioned book, records, receipts, notes, ledgers, and other documents are often maintained where the traffickers have ready access to them. These may be stored in hard copy or soft copy on paper, computers, cellular devices, and other electronic media or electronic storage devices. These items are maintained by the traffickers within residences, businesses, or other locations over which they maintain dominion and control, and stored on paper, computers, cellular devices, and other electronic media or electronic storage devices.

e. I also know that drug trafficking and money laundering activities require the cooperation, association, and communication between and among a number of people. As a result, people who traffic in narcotics or launder money for such organizations will possess documents that identify other members of their organization, such as telephone books, address books, handwritten notations, telephone bills, and documents containing lists of names and addresses of criminal associates. I also know that drug traffickers commonly maintain addresses or telephone numbers which reflect names, addresses, or telephone numbers of their

3

drug trafficking and money laundering associates in hard copy and soft copy on papers, books, computers, cellular devices, and other electronic media or electronic storage devices; and

  f. I know drug traffickers often use electronic equipment such as telephones, cellular devices, pagers, computers, telex machines, facsimile machines, currency counting machines, and telephone answering machines to generate, transfer, count, record, or store the information described above and conduct drug trafficking and money laundering activities. I am familiar with computers, cellular devices, pagers, and other electronic media or electronic storage devices and their uses by drug traffickers to communicate with suppliers, customers, co-conspirators, and fellow traffickers. These electronic media and storage devices often contain evidence of their illegal activities in the form of communication records, voicemail, email, text messages, video and audio clips, location information, transactions, and can be stored in the form of voicemail, email, text messages, video and audio clips, floppy disks, hard disk drives, thumbnail drives, CDs, DVDs, optical disks, zip disks, flash memory cards, smart media, similar data stored on computers or cellular telephones, electronic storage media, and other settings particular to such devices. I know that such devices automatically record aspects of such communications, such as lists of calls and communications, and any particularized identification assigned to those source numbers or email addresses by the owner of the devices. I know drug traffickers take, store, preserve, or maintain photographs or videos of themselves, their associates, their property, their drugs, and their drug proceeds. These traffickers usually maintain these photographs or videos on computers, cellular devices, and other electronic media or electronic storage devices. Based upon my training and experience, I know that computer hardware and software may be important to a criminal investigation in two distinct and important respects: (1) the objects themselves may be instrumentalities, fruits, or evidence of crime, or (2) the objects may have been used to collect and store information about crimes in the form of electronic data. I know the following information can be retrieved to show evidence of use of a computer or smartphone to further the drug trade: system components, input devices, output devices, data storage devices, data transmission devices, and network devices and any data contained within such systems; computer media and any data contained within such media; operating system software, application or access program disks, manuals, books, brochures, or notes, computer access codes, user names, log files, configuration files, passwords, screen names, email addresses, IP addresses, and SIM cards.

6. This affidavit is based upon my personal knowledge and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom I have had regular contact regarding this investigation.

7. Because this affidavit is submitted for the limited purpose of securing authorization for this search warrant, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish probable cause for the requested warrant.

8. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Section 843(a)(7) (unlawful distribution of a chemical, product, or material which may be used to manufacture a controlled substance or listed chemical) and 846 (Conspiracy to violate Section 843) have been committed by Antony GRAZIANO and others. There is also probable cause to search the **Idaho Central Credit Union Subject Accounts** because they contain proceeds of these violations.

9. Pursuant to 21 U.S.C. § 812 of the Controlled Substances Act (CSA), opium poppy, poppy straw, opium and opiates (including their salts and derivatives) are Schedule II Controlled Substances. Controlled substances that are often found in opium poppy and poppy straw also include morphine, codeine, and thebaine.

10. 21 U.S.C. § 802(19) defines "opium poppy" as "the plant of the species Papaver somniferum L., except the seed thereof."

11. 21 U.S.C. § 802(20) defines "poppy straw" as "all parts, except the seeds, of the opium poppy, after mowing."

12. Because the definitions of "opium poppy" and "poppy straw" under 21 U.S.C. §§ 802(19) and (20) specifically exclude the seeds of the poppy plant, poppy seeds are excluded from control under the CSA. But the CSA does not exclude poppy seeds that contain opium alkaloids (such as morphine, codeine, and thebaine), or those that are sold along with poppy straw.

13. 21 U.S.C. § 843(a)(7) makes it unlawful to manufacture, distribute, export or import any "material which may be used to manufacture a controlled substance or listed chemical, knowing,

5

intending, or having reasonable cause to believe, that it will be used to manufacture a controlled substance or listed chemical."

## PROBABLE CAUSE

14. Based on my training and experience, and the investigation to date, I am aware that poppy seeds are a naturally derived product originating from a flowering plant known as papaver soniferum (poppy plant). Opium alkaloids (such as morphine, codeine, and thebaine) are found in the poppy latex, which is a milky white fluid that excludes from the poppy when it is cut. Opium alkaloids are also found in other parts of the poppy plant – known in the CSA as the "poppy straw."

15. Based on my training and experience, and the investigation to date, I am aware that poppy harvesters who wish to increase opium-alkaloid content on the poppy seed coats make cuts in the opium pods before they ripen, which allows latex to seep onto the seed coats. Additionally, sellers of poppy seeds who wish to increase opium-alkaloid content in their product often sell poppy seeds combined with poppy straw.

16. Based on my training and experience, and the investigation to date, I am aware that the way poppy seeds are harvested can cause increased opium alkaloid content, the vast majority of poppy seeds sold and consumed in the United States are processed. Processing occurs in a number of ways, including by use of gravity tables, which is effective in significantly reducing and/or eliminating the opium alkaloids present on the seed coats.

17. Based on my training and experience, and the investigation to date, I am aware that the surface of unprocessed poppy seeds are typically contaminated with opium alkaloids. Based on my training and experience, and the investigation to date, I am aware that unprocessed poppy seeds can, therefore, abused by individuals who are seeking to obtain a "high." Individuals who wish to create a drug from unprocessed poppy seeds typically soak the seeds in water to create a tea ("poppy seed tea" or "pst").

6

Based on my training and experience, and the investigation to date, I am aware that the making of the "tea" extracts the opium alkaloids from the seeds' surface and any surrounding poppy straw.

18. According to publicly available information and DEA records, unprocessed poppy seeds were associated with at least 12 overdose deaths in the United States as of November 2019.

**Poppy Seed Tea Overdose**

19. On May 18, 2021, an individual was found deceased, via overdose, in Shorewood, Wisconsin. The medical examiner found morphine, codeine, and thebaine in the deceased's system and concluded that the cause of death was acute morphine intoxication and that the injury occurred because the decedent "consumed very large amount of poppy seed tea." A further investigation into the overdose revealed that the decedent received a package from GRAZIANO on May 13, 2021. The package was delivered via UPS.

20. Information obtained from UPS and Stamps.com showed that GRAZIANO is sending thousands of packages of unprocessed poppy seeds throughout the United States through the websites https://www.fireseedbakerysupply.com/ and https://qualityingredientsus.com/. The email address on file for GRAZIANO's Stamps.com account is antman.grazi@gmail.com.

21. Based on my review of the website, https://www.fireseedbakerysupply.com/, GRAZIANO is selling unwashed poppy seeds for between $39 and $48 per pound. On https://www.qualityingredientsus.com/, GRAZINO is selling unwashed poppy seeds for $30 per pound. By contrast, one pound of Regal brand poppy seeds on https://www.webstaurantstore.com/ retails for $3.94. Even organic Frontier Co-Op poppy seeds sell on Amazon for between $7.25 and $13.89 per pound. Based on my training and experience, the significant mark-up in cost on FSB's website is likely due to the fact that the poppy seeds GRAZIANO is selling are intended to be used to extract opium alkaloids via the manufacture of poppy seed tea.

22. Based on my training and experience, GRAZIANO's knowledge of the way his product is being used is demonstrated on the "disclaimer" page of the FSB website. That disclaimer contains significant misspellings of words like "refered", "recomend", "responcible", "promoise", and "guarentee." The disclaimer directs consumers that they "must wash the seeds before using!" and that they should "dispose of the water after cleaning." The existence of this disclaimer, in itself, indicates that GRAZIANO is aware of the way the product he is selling can be used to create a controlled substance. In fact, the disclaimer page states: "Waring[sic]: Poppy seeds may contain opiate alkaloid residue."

23. Additional evidence of GRAZIANO's intent to sell unwashed poppy seeds for the purpose of allowing individuals to utilize those seeds to extract opium into a tea was found on GRAZIANO's Reddit profiles (Poppy_Seed_T, Traplord92, and Callmebigpoppy_187 .) Based on information obtained from Reddit, each of those accounts is registered with the same email, **antman.grazi@gmail.com**, an email address known to belong to GRAZIANO.[1]

24. The user of the profile Poppy_Seed_T is believed to be GRAZIANO. First, the user poppy_seed_T acknowledged that he is associated with Fire Seed Bakery. For example, in response to a Reddit post titled "Free Green Dot Pound One Time Only FSB" on the r/poppy subreddit, user poppy_seed_T commented "I don't think you realize how many seeds I sell bruh. I actually started this biz with unemployment money if you want the real story…" .

25. Other Reddit users also identify the poppy_seed_T as belonging to "Antony," which is GRAZAIANO's first name. For example, in response to a comment made by poppy_seed_T on the r/poppyseed subreddit thread, reading "Derek is a shitty reseller. Fuck Derek", fellow Reddit user u/Derek0350 replied "Antony remind me what you do exactly? When you were first starting out you were reselling garbage with woodchips, I already have your distributor. I can see your product right now. Ok toodles."

---

[1] Based on my training and experience, I am aware that "trap" is a commonly used concealed compartment used by individuals involved in drug trafficking.

8

Case 2:23-mj-00401-SCD    Filed 06/21/23    Page 11 of 20    Document 1

26. Finally, the user of poppy_seed_T stated he is from Twin Falls, Idaho, which was GRAZIANO's place of residence until July 2022. The user of traplord92 has also stated he lives in Idaho in multiple posts. The user of traplord92 stated in a post that he drives a 2021 TRX, which is a vehicle known by case agents to be driven by GRAZIANO.

27. On July 29, 2022, I applied for and received a search warrant for GRAZIANO's Reddit profiles, poppy_seed_T, callmebigpoppy_187, and traplord92. On August 3, 2022, Reddit provided the content from those profiles, which included among other items, transcripts of private-message chats between GRAZIANO and other Reddit users.

28. Based on my training and experience, those chat transcripts demonstrated that that GRAZIANO was selling "potent" poppy seeds for the purpose of providing individuals with opium alkaloids. For example, GRAZIANO directed numerous users to https://www.fireseedbakerysupply.com/ and https://www.qualityingredientsus.com/ via direct messages and chats on the poppy_seed_T, traplord92, and callmebigpoppy_187 accounts. In those direct messages, individuals frequently asked GRAZIANO to provide his "source" for unwashed poppy seeds and indicated that they needed the seeds for pain relief or otherwise alluded to illicit drug use. In those chats, GRAZIANO often asked for the Reddit user's email addresses and told them he would email them, among other things, information on where to purchase unwashed poppy seeds as well as discount codes.

29. In using the account poppy_seed_T, GRAZIANO frequently commented on various subreddits about making and consuming "poppy seed tea", which is the illegal byproduct of unwashed poppy seeds and contains Schedule II controlled substances, such as opium alkaloids. For example, in response to Reddit post entitled "Tea Prep for a Couple Days" on the r/poppyseed subreddit, poppy_seed_T responded "You'll dig em. Lots of PM [Plant Matter] as you can see lol very earthy favor and very effective!" and then included the flame and teacup icons/emojis.

9

30. GRAZIANO also used the poppy_seed_T account to provide other Reddit users with instructions on how to make the illegal byproduct, poppy seed tea, from unwashed poppy seeds. For example, approximately one year ago, in response to Reddit user u/Grapery_apey's post asking for tips on how to make poppy seed tea, poppy_seed_T responded, "why does everyone make it so hard. Put some warm walk in a bottle and shake it for 2 min. Strain. Repeat 2X."

31. Utilizing the traplord92 account, GRAZIANO stated, "I've been doing it the same for years with room temp water and lemon…". In the same thread GRAZIANO stated, "Typically I can do 3oz wash 2-3x and be set." In a separate thread GRAZIANO explained, "Make concentrated tea, dehydrate said tea and add a couple ml of water make it gooey, pull through a cotton." Based on my training and experience, I believe these comments refer to utilizing unprocessed poppy seeds to extract opiate alkaloids into a poppy seed tea.

32. Operating the traplord92 account, GRAZIANO stated, " I'm working on getting my own stock in…. fuck this drought Imma make it rain and the FDA can eat my dick. I'm carry seeds and kratom and maybe even etizolam." In a later thread GRAZIANO stated, "DM me, but amazon and eBay have been putting a stop to it (unwashed poppy seeds) after a kid died from SN seeds."

33. Using the poppy_seed_T account, GRAZIANO also provided other Reddit users with discount codes to purchase unwashed poppy seeds from his business, Fire Seed Bakery Supply.

34. Utilizing the traplord92 account, GRAZIANO commented on multiple reddit threads for users to direct message him. A sample of traplord92's posts included the following statements: "Dm me I'll get you the dirty seeds…", "Dm me I got you…", "Hmu ive had no problem getting em in from hood suppliers, made me wanna start a site that offers more variety…", "…Found a legit bull supplier on these and I think I wanna make a store that does people good!...", "…That's about the price Imma sell for though, maybe $40-50 with free shipping and better discounts in bulk…"

35. Using the callmebigpoppy_187 account, GRAZIANO stated, "…FSB is stronger than ever and not a reseller, we buy truck loads at a time just like everyone else. And we have multiple stores now so whether you know it or not, you're most likely buying from me! Also did you guys know we all use the same distributor?"

36. Indeed, GRAZIANO, using the poppy_seed_T, traplord92, and callmebigpoppy_187 account frequently engaged with the r/poppyseed subreddit which is "dedicated to the consumption of poppy seed tea" which is an illegal byproduct of unwashed poppy seeds.

37. The poppy_seed_T account user also admitted, in a subreddit comment, to personally manufacturing and consuming poppy seed tea from the unwashed poppy seeds for "pain management."

38. In another example, on the *traplord92* account, GRAZIANO communicated with Reddit user weedNshrooms about getting "pods", referring to the seed pods of the poppy plant. Poppy pods are not exempted from the Controlled Substances Act. GRAZIANO stated, "Can I give you my email or number or telegram and get some help? I can get seeds good ones too. But not pods...". GRAZIANO provided Reddit user weedNshrooms the email **antman.grazi@gmail.com**. When weedNshrooms stated that the pods only ship within the United Kingdom, GRAZIANO responded, "Shoot the link over so I can drool n dream lol maybe I can talk em into shipping."

39. Overall, based on my training and experience, I believe the direct messages between GRAZIANO and other reddit show that GRAZIANO was aware that he was selling poppy seeds containing opium alkaloids and that the purchasers of those seeds were using them to manufacture tea containing controlled substances such as morphine, codeine, and thebaine. Indeed, GRAZIANO frequently compared the potency of his poppy seed product to oxycodone or other narcotic drugs. For example, on one occasion, GRAZIANO wrote: "My seeds are better than my 3 10s a day get from the doctor every month (I have a couple blown discs)." On another, GRAZIANO wrote: "I only use 3oz per wash man, and I wash it 5 times and it's a good buzz. Like better than Oxys lol"

11

40. Based on the investigation to date, GRAZIANO owns and operates Fire Seeds LLC using the name Fire Seed Bakery Supply (FSB). Through that website, and others, GRAZIANO advertises and sells unprocessed poppy seeds online through the website https://www.fireseedbakerysupply.com/. GRAZIANO also appears to be selling unprocessed poppy seeds through https://www.qualityingredientsus.com/.

41. Information obtained from Idaho Power lists Antony GRAZIANO as the owner of Fire Seeds LLC. GRAZIANO has commercial service set up at 682 Blue Lakes Blvd., Twin Falls, ID. 682 Blue Lakes Blvd. is a warehouse property and believed to be where GRAZIANO stores the unprocessed poppy seeds and gets them ready for shipment. GRAZIANO's e-bills for his personal and commercial services are emailed to antman.grazi@gmail.com.

**Controlled Buys of Unprocessed Poppy Seeds**

42. On July 5, 2022, case agents, in an undercover capacity, purchased one pound of unprocessed poppy seeds from https://www.fireseedbakerysupply.com/. On July 11, 2022, the unprocessed poppy seeds were picked up from an undercover P.O. box and opened by case agents. The package was sent from Idaho from a known P.O. box operated by FSB. Case agents observed what appeared to be a high amount of plant matter inside the vacuum sealed zip bag with the poppy seeds. On July, 2022, the one-pound bag of unprocessed poppy seeds from FSB was photographed and sent to the DEA Northcentral laboratory for safekeeping.

43. On August 3, 2022, case agents, in an undercover capacity, purchased one pound of unprocessed poppy seeds from https://www.qualityingredientsus.com/. On August 9, 2022, the unprocessed poppy seeds were picked up from an undercover P.O. box and opened by case agents. The package was sent from Idaho from a warehouse known to be utilized by GRAZIANO. Case agents observed what appeared to be a high amount of plant matter inside the vacuum sealed zip bag with the

poppy seeds. On August 9, 2022, the one-pound bag of unprocessed poppy seeds from Quality Ingredients was photographed and sent to the DEA Northcentral laboratory for safekeeping.

44. On September 8, 2022, DEA case agents sent the first two unprocessed poppy seed exhibits to the FDA for specialized lab testing. On January 19, 2023, case agents reviewed the results from the FDA lab of both exhibits. The results indicated that the samples contained morphine, codeine, and thebaine, all of which are Schedule II controlled substances. The FDA lab stated that "no water was used to soak the seeds, only the exterior of the poppy seed material was tested, and the lab did not grind or disturb the natural structure of poppy seed material before proceeding with the analysis."

45. On November 15, 2022, case agents, in an undercover capacity, purchased one pound of unprocessed poppy seeds from https://www.fireseedbakerysupply.com/. On November 23, 2022, the unprocessed poppy seeds were picked up from an undercover P.O. box and opened by case agents. The package was sent from Idaho from a known P.O. box operated by FSB. Case agents observed what appeared to be a high amount of plant matter inside the vacuum sealed zip bag with the poppy seeds. On November 28, 2022, the one-pound bag of unprocessed poppy seeds from FSB was photographed and sent to FDA Chicago for processing to the FDA laboratory for specialized lab testing.

46. On May 8, 2023, case agents recieved the results from the FDA lab of the exhibit purchased from https://fireseedbakerysupply.com/. The results indicated that the sample contained morphine, codeine, and thebaine, all of which are Schedule II controlled substances.

47. On April 25, 2023, HSI Greenfield provided iMessage records between Antony GRAZIANO and Daniel CHILDERS. Daniel CHILDERS operated https://organaseedsupply.com/. Between the dates of June 8, 2021 and January 20, 2023, GRAZIANO and CHILDERS had numerous conversations about bulk orders of unprocessed poppy seeds being sent from GRAZIANO to CHILDERS. The conversations evolved into GRAZIANO organizing bulk unprocessed poppy seed shipments from GRAZIANO's source of supply directly to CHILDERS. On many occasions, organizing payments from

13

CHILDERS to GRAZIANO in exchange for unprocessed poppy seeds were discussed. On June 22, 2021, GRAZIANO provided CHILDERS with a Idaho Central Credit Union routing number that the funds could be sent to.

48. Based on my training and experience, and the investigation to date, I am aware that GRAZIANO operates four separate LLC companies (Fireseed Bakery Supply, Quality Ingredients, AMG Investments, and The Magic Valley Party Plug) that are used for the receipt of proceeds from the sale of unprocessed poppy seeds.

*Financial Analysis*

49. Financial information indicated that GRAZIANO has two separate PayPal Accounts. One (xx7644) is in the name "Antony Graziano dba Fire Seed Bakery Supply." The other (xx2788) is in the name "Antony Graziano dba Quality Ingredients." GRAZIANO also has a Venmo account in the name "Antony Graziano." These three accounts have received a high volume of payments related to the sale of unprocessed poppy seeds. Indeed, from September 2020 to February 24, 2021 the accounts have received payments totaling more than $280,000. Antony GRAZIANO utilizes the email antman.grazi@gmail.com for PayPal account (xx7644) and quality.ingredients.us@gmail.com for PayPal account (xx2788).

50. According to bank records, funds deposited from the PayPal payments were transferred to **Idaho Central Credit Union Subject Accounts** at Idaho Credit Union. Those accounts – xx5983 and xx8134 – are business accounts for "Fire Seeds LLC." GRAZIANO is a signatory on both accounts. Antman.grazi@gmail.com is the email on file with Idaho credit union under the "Business Member Application and Ownership Agreement" for Fire Seeds LLC.

51. Financial information also shows payments made for unprocessed poppy seeds via Facebook through https://www.facebook.com/pg/fireseedbakerysupply.com and shows those funds deposited into GRAZIANO's accounts at Idaho Central Credit Union. That Facebook page has since been disabled.

52. Based on investigation to date, GRAZIANO opened the following accounts to receive proceeds from the sale of unprocessed poppy seeds, which the investigation to date has reveleaed GRAZIANO sold knowing that the purchasers would use the seeds to extract opiate alkaloids, including morphine, codeine, and thebaine, all of which are controlled substances:

   a. On or about April 3, 2015, **a bank account x2102 in the name of Antony GRAZIANO** was opened at Idaho Central Credit Union. The authorized signors on the account were GRAZIANO and two other individuals;

   b. On or about December 4, 2018, **a bank account x9566 in the name of Antony GRAZIANO** was opened at Idaho Central Credit Union. The only authorized signor on the account was GRAZIANO.

   c. On or about January 21, 2021, **a bank account in the name of Fire Seeds LLC x5983** was opened at Idaho Central Credit Union. The only authorized signor on the account was GRAZIANO.

   d. On or about February 5, 2021, **a bank account in the name of Quality Ingredients LLC *8134** was opened at Idaho Central Credit Union. The only authorized signor on the account was GRAZIANO.

   e. On or about December 14, 2021, **a bank account x1179 in the name of AMG Investments LLC** was opened at Idaho Central Credit Union. The only authorized signor on the account was GRAZIANO.

53. The main account used to deposit the proceeds of the drug trafficking scheme is **Fire Seeds LLC x5983**. In an effort to determine the amount of the drug proceeds being deposited into **Fire Seeds LLC x5983**, your affiant conducted an analysis of the deposits occurring in this account from March 1, 2021 thru June 30, 2022. The analysis consisted of reviewing all deposits made to **Fire Seeds LLC x5983** and excluding amounts that consisted of transfers, loan proceeds or any other deposit item that did not

have the appearance of being proceeds from the drug trafficking scheme. The drug proceeds have been identified in the financial records as deposits labeled as BANKCARD-xxxx MTOT DEP. This is a standard description on bank statements identifying Merchant totals of deposits for credit or debit card transactions processed by a merchant.

54. The total deposits occurring into **Fire Seeds LLC x5983** during this period was approximately $7.3 million and $5.57 million or 76% of the deposits represented deposits from the drug trafficking scheme.

55. Financial records show that checking account *1179, in the name of AMG Investments LLC received over $2.1 million in deposits during the time period of December 14, 2021 through December 21, 2022. Of those deposits, over $1.7 million was transferred from GRAZIANO's money market savings account. GRAZIANO's money market savings account received deposits totaling over $1.8 million during the time period of December 14, 2021 through September 1, 2022, with over $1.5 million being transferred from the Fire Seeds Checking account *5983 (described above).

56. Financial records further show that account *8134 received deposits totaling over $800,000 during the time period of February 5, 2021 through December 30, 2022. Of those deposits over $695,000 were payments received from Shopify from the sale of poppy seeds.

57. As of June 16, 2023, **Idaho Central Credit Union subject accounts with signature authority belonging to Antony GRAZIANO (DOB: XX/XX/1992) contained approximately $152,000.**

58. I submit that a restraining order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the funds for forfeiture because I have been advised of cases in which, even after a restraining order or similar process has been issued to a financial institution, the funds sought to be restrained were not effectively restrained by the financial institution. In my judgment, seizure warrants would be the most effective way to assure the availability of the monies sought to be seized for forfeiture.

## CONCLUSION

59. Based on the facts and circumstances set forth in this affidavit, I submit that there exists probable cause to believe that approximately all funds on deposit in **Idaho Central Credit Union subject accounts ending in #8134, #5983, and #1179, with signature authority belonging to Antony GRAZIANO (DOB: XX/XX/1992), which as of June 16, 2023 was $152,000,** are:

60. Proceeds of a conspiracy to manufacture, distribute, export or import a chemical, product, or material which may be used to manufacture a controlled substance or listed chemical, in violation of Title 21, United States Code, Sections 843(a)(7) and 846;

61. Subject to civil forfeiture under Title 21, United States Code, Section 881(a)(6) and subject to criminal forfeiture under Title 21, United States Code, Section 853(a); and

62. Subject to seizure via a civil seizure warrant under Title 18, United States Code, Section 981(b) and Title 21, United States Code, Section 881(b), and via a criminal seizure warrant under Title 21, United States Code, Section 853(f).